ClientCaseID: 75642  CaseReturnDate: 7/14/24

Affidavit of A PRIVATE INVESTIGATOR

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Case Number **1:24-CV-4976**

I, JOHN PENNELL

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND LICENSED AS A PRIVATE DETECTIVE (LICENSE # 115.002074) UNDER THE PRIVATE DETECTIVE ACT OF 2004.

## CORPORATE SERVICE

THAT I SERVED THE WITHIN SUMMONS & COMPLAINT
ON THE WITHIN NAMED DEFENDANT IJ WIRELESS, INC.
PERSON SERVED AJ PETERSON, AUTHORIZED AGENT
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 7/15/24

That the sex, race and approximate age of the whom I left the SUMMONS & COMPLAINT are as follow:

| Sex | MALE | Race | WHITE | Age | 32 | Height | 6'2" | Build | 250# | Hair | BRN |

LOCATION OF SERVICE **901 S 2ND ST STE.201 SPRINGFIELD, IL, 62703**

Date Of Service 7/15/24    Time of Service 9:10 AM

JOHN PENNELL    7/15/2024
A PRIVATE INVESTIGATOR
PRIVATE DECTECTIVE # 115.002074

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

**Illinois Process Servers, LLC**
40 HICKORY POINT
SPRINGFIELD, IL, 62712          Phone (217)-241-1335     Fax

Tax ID 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

Customer
JORGE ROJAS
557 CAMBRIDGE WAY
BOLINGBROOK, IL, 60440          Phone: (424)-219-1582   Fax:

## Invoice#    75642

Date Of Invoice:   7/15/2024

**Plaintiff:** ROJAS
**Court CaseID:** 1:24-CV-4976   **Firm#**
**Process Server:** JOHN PENNELL

**Case Returned Date:** 7/14/24
**ProcessType:** SUMMONS & COMPLAINT

**Defendant:#1** IJ WIRELESS, INC.
**Person Served:** AJ PETERSON, AUTHORIZED AGENT
**Sex** MALE   **Age** 32   **Height** 6'2"   **Build** 250#

**Type Of Service:** CORPORATE SERVICE
**Date Of Service:** 7/15/2024   **Time:** 9:10 AM
**Hair Color** BRN   **Race** WHITE

**Defendant:#2**
**Person Served:**
**Sex**   **Age**   **Height**   **Build**

**Type Of Service:**
**Date Of Service:**   **Time:**
**Hair Color**   **Race**

**Location** 901 S 2ND ST STE.201, SPRINGFIELD, IL, 62703   **Type Of Premise:**

| | | | |
|---|---|---|---|
| Delivery Charge | $50.00 | Skip Trace | $0.00 |
| Bad Address | $0.00 | Rush | $0.00 |
| Filing | $0.00 | Investigation | $0.00 |
| Database Charge | $0.00 | Mileage | $0.00 |

Payment Received Date:          **Total: $50.00**     Check No

The information is deemed reliable but is not guaranteed. There is a $25 fee for all NSF checks.
Payment due upon receipt. There is a 9% annum late charge on any unpaid balances.