# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

JORGE ALEJANDRO ROJAS,

Plaintiff,

v.

IJ WIRELESS INC,

Defendant.

No. 24-cv-04976
Judge John F. Kness

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of Plaintiff JORGE ALEJANDRO ROJAS and against Defendant IJ WIRELESS INC in the amount of $9,000.00 in damages.

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiffs shall recover costs from Defendant.

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☒ decided by Judge John F. Kness on a motion [18] for default judgment.

Date: July 29, 2025

_____
JOHN F. KNESS
United States District Judge